BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-02425-LKK-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE THE STATUS (PRETRIAL SCHEDULING) CONFERENCE |
| v. | |
| REAL PROPERTY LOCATED AT 211 PERLA ROAD, IGO, CALIFORNIA, SHASTA COUNTY, APN: 043-060-004-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| VACANT LAND LOCATED ON PERLA ROAD, IGO, CALIFORNIA, SHASTA COUNTY, APN: 043-060-005-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendants. | |

The United States and claimants Bengt L. Anderson and Carmelita Anderson (hereafter "claimants") stipulate and agree that the Status (Pretrial Scheduling) Conference currently set for December 3, 2012, be continued to January 28, 2013.  For the reasons set forth below, there is good cause to continue the currently set December 3, 2012 status conference to January 28, 2013.

///

///

**Introduction**

On September 24, 2012, the United States filed a civil forfeiture complaint against above-captioned properties ("defendant properties") based on their alleged involvement in federal drug law violations. All known potential claimants to the defendant properties were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on October 22, 2012 and will run for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

**Good Cause**

There is good cause to continue the status conference currently set for December 3, 2012. The United States provided notice to all potential claimants pursuant to law. Only claimants Bengt L. Anderson and Carmelita Anderson, lien holders to the defendant property, have asserted an interest. The United States filed a request for clerk's defaults against Joseph A. Munday and Gina Munday on November 15, 2012. Joseph A. Munday is the record owner of the properties. The United States intends to draft its motion for default judgment and final judgment of forfeiture, and will file the dispositive motion documents after clerk's defaults are entered against Joseph A. Munday and Gina Munday pursuant to Rule 55(a). The United States and the lien holders are in settlement discussions that if successful will concurrently end the case with the default judgment motion. Publication will be complete on or about November 22, 2012.

Whereas the United States provided notice of the forfeiture complaint and only the lien holder has filed a claim. No other party has filed a claim nor sought an extension of time to comply with the statutory deadlines or otherwise asserted an interest in this litigation. And whereas Rule 55(a) defaults will be soon entered against those individuals with a potential interest in the defendant properties, and the United States will file its motion for default judgment and final judgment of forfeiture to conclude the case. And whereas the extension of time will allow the United States and the lien holder to continue their settlement discussions and likely reach a settlement.

For these reasons, the parties seek to continue the currently set December 3, 2012 status conference to January 28, 2013, or continue the status conference to a date the Court deems acceptable.

Dated:   11/16/12                                           BENJAMIN B. WAGNER
                                                            United States Attorney


                                                     By:    /s/ Kevin C. Khasigian
                                                            KEVIN C. KHASIGIAN
                                                            Assistant U.S. Attorney



Dated:   11/16/12                                           /s/ Tyler Maize Lalaguna
                                                            TYLER MAIZE LALAGUNA
                                                            Attorney for Claimants Bengt L. Anderson
                                                            and Carmelita Anderson

                                                            (Authorized by email)


## ORDER

Pursuant to the parties request and good cause appearing, the Court makes the following order:

The status conference currently set for December 3, 2012 is continued to February 19, 2013 at 11:00 a.m. in Courtroom 4 before the Honorable Lawrence K. Karlton.

IT IS SO ORDERED.

Dated:  November 27, 2012.


                                                            LAWRENCE K. KARLTON
                                                            SENIOR JUDGE
                                                            UNITED STATES DISTRICT COURT