BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>REAL PROPERTY LOCATED AT 211 PERLA ROAD, IGO, CALIFORNIA, SHASTA COUNTY, APN: 043-060-004-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and<br><br>VACANT LAND LOCATED ON PERLA ROAD, IGO, CALIFORNIA, SHASTA COUNTY, APN: 043-060-005-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>           Defendants. | 2:12-CV-02425-LKK-KJN<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND ORDER; CERTIFICATE OF REASONABLE CAUSE |

It is hereby stipulated by and between the United States and claimants Bengt L. Anderson and Carmelita Anderson (hereafter "claimants"), by and through their respective counsel of record, as follows:

1.      This is a civil action *in rem* brought against certain real property located at 211 Perla Road, Igo, California, Shasta County, APN: 043-060-004-000 and vacant land located on Perla Road, Igo, California, Shasta County, APN: 043-060-005-000, including all appurtenances and improvements thereto (hereafter "defendant properties").

2. The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

3. The parties are to bear their own costs and attorney fees.

4. There was probable cause for the posting of the defendant real properties, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated: 11/15/2013              BENJAMIN B. WAGNER
                               United States Attorney

                         By:   /s/ Kevin C. Khasigian
                               KEVIN C. KHASIGIAN
                               Assistant U.S. Attorney

Dated: 11-7-2013               /s/ Tyler Maize Lalaguna
                               TYLER MAIZE LALAGUNA
                               Attorney for Claimants Bengt L.
                               Anderson and Carmelita Anderson
                               (Signature retained by attorney)

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 24, 2012, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real properties, and for the commencement and prosecution of this forfeiture action.

DATED: January 10, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT